**M&B**

MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

October 27, 2021

Hon. Brian R. Martinotti
United States District Judge
MLK Federal Building & Courthouse
P.O. Box 0999
Newark, N.J. 07102

Re:    U.S. v Robert "Chuck" Frei
       2:21CR00022-001

Dear Judge Martinotti:

This letter is respectfully submitted on behalf of Robert "Chuck" Frei, who is currently on supervised release following his plea of guilty to wire fraud charges in the Southern District of New York. Because Mr. Frei is a resident of New Jersey, he is being supervised by Probation Officer Brendan Murillo who is in the Newark office of the Probation Department. A copy of the judgment in Mr. Frei's case is attached for the Court's convenience.

Mr. Frei, who cooperated with the Government prior to his prosecution and who was sentenced to time served after the Government filed a Rule 5K1.1 motion on his behalf, has been on supervised release for more than a year without incident. He has complied with all of the conditions of supervised release, including his obligation to make restitution. A copy of the Satisfaction of Judgment entered in favor of Mr. Frei is also attached hereto for the Court's review.

By this letter, Mr. Frei respectfully requests that his supervised release be terminated early. Mr. Frei has no prior criminal history, is gainfully employed and does not need any assistance from the Probation to reintegrate into society or to remain a productive and law-abiding citizen. It is respectfully submitted that there is no need to expend any more of the limited resources of the Probation Department supervising Mr. Frei. I have been in contact with Probation Officer Murillo with regard to this matter and he advised me that it is the practice of his office not

Honorable Brian R. Martinotti
October 27, 2021
Page 2

to take any position with respect to requests for early termination, but rather, if requested by the Court, to inform the Court of the probationer's compliance and progress while under supervision.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc: Probation Officer Brendan Murillo (by email)
    AUSA Dina McLeod (by email)