

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*          *973-645-2700*
*Newark, New Jersey 07102*

December 29, 2021

**Via ECF**
The Honorable Brian R. Martinotti
United States District Judge
U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07102

           Re:    United States v. Robert "Chuck" Frei
                     Crim. No. 21-22

Dear Judge Martinotti:

There is currently a motion for early termination of supervised release pending before this Court in the above referenced matter. Presently, the Government's response is due on December 31, 2021. The Government respectfully requests a one-week extension. Counsel for Mr. Frei consents to this request.

The Government's request for an extension to 01/07/22 is GRANTED. SO ORDERED:

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

_____
BRIAN R. MARTINOTTI, USDJ
DATED:  DEC. 30, 2021

                _/s/ Shontae D. Gray_
By:   Shontae D. Gray
        Assistant U.S. Attorney

cc: Avraham C. Moskowitz, Esq.