## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|                          |   |                                |
|--------------------------|---|--------------------------------|
|                          | : |                                |
| UNITED STATES OF AMERICA | : | Criminal No.: 2:21-022(BRM)    |
| -vs-                     | : |                                |
| CHUCK FREI               | : | **O R D E R**                  |
|                          | : |                                |

This matter having come before the Court by way of Defendant, Chuck Frei's letter-application [docket entry #4] requesting early termination of his period of supervised release, and the Court having received and reviewed the submissions of the parties, including the opposition of Shontae Gray, Assistant United States Attorney [docket entry #9], and no opposition having been interposed by Elisa Martinez, Supervising U.S. Probation Officer in her letter to the Court dated December 20, 2021,

**It is on this 20th day of JANUARY, 2022,**

**ORDERED** that the defendant, Chuck Frei's request for early termination of his period of supervised release is hereby GRANTED.

_____
BRIAN R. MARTINOTTI,
UNITED STATES DISTRICT JUDGE